## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| IN5A | 9646938 | Marciniak | 2910 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 01/24/2026 1748hrs
Offense Charged: ☒ CFR ☐ USC ☐ State Code
1.218(a)(13) & (b)(37)

Place of Offense: Emergency department
5000 South 5th Ave, Hines, IL 60141

Offense Description: Probable Basis for Charge:

Possession of firearm (Concealed)

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Bartt | Edward | A. |

Street Address: ████████

Tag No. | State | Year | Make/Model | PASS. | Color

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

### YOUR COURT DATE
If no court appearance date is shown, you will be notified of your appearance date by mail.

Court Address: 219 South Dearborn Street
Chicago, IL 60604
Dirksen Federal Building

Date: 05/11/2026
Time: 9:30 AM

No signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Unable to sign

Original - CVB Copy

*9646938*

CVB SCAN 02/23/2026 13:34

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/29, 20 26 while exercising my duties as a law enforcement officer in the Northern District of Illinois

I was dispatched to a call regarding a veteran patient later identified as Edward Bartt (DOB 11/08/1935) for possessing and concealing a firearm. Upon arrival, I met with Mr. Bartt and secured the firearm from his waistband. Mr. Bartt was checked into the emergency department at the time but, Mr. Bartt did not possess a valid FOID or conceal and carry licenses.

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/17/2026
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver license; CMV = Commercial vehicle involved in incident

CVB SCAN 02/23/2026 13:34